[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1436

THOMAS J. BARTELHO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge]

---

Before

Torruella, Circuit Judge,
Bownes and Stahl, Senior Circuit Judges.

---

Thomas J. Bartelho on brief pro se.
Jay P. McCloskey, United States Attorney, and F. Mark Terison, Senior Litigation Counsel, on brief for appellee.

---

**July 16, 2001**

---

**Per Curiam**.  Thomas J. Bartelho appeals the district court's judgment denying his motion filed pursuant to 28 U.S.C. § 2255. We have reviewed the parties' briefs and the record on appeal. We affirm essentially for the reasons stated in the district court's order, dated January 3, 2000.

Affirmed.